UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVETTE VELEZ,<br>      Plaintiff,<br><br>v.<br><br>CREDIT ONE BANK.<br>      Defendant. | Case No.: 1:15-cv-00181-JEI-AMD |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Ross S. Enders
Ross S. Enders
Sessions, Fishman, Nathan & Israel, L.L.C.
2303 Oxfordshire Road
Furlong, PA 18925
Phone: (215) 794-7207
Fax: (215) 794-5079
Email: rsenders@sessions-law.biz
Attorney for the Defendant

Date: September 15, 2015

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg (AB 0891)
Kimmel & Silverman, P.C.
1930 E. Marlton Pike, Suite Q 29
Cherry Hill, NJ 08003
Phone: (856) 429-8334
Fax: (856) 216-7344
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: September 15, 2015

BY ~~THE COURT:~~

~~///////~~ J.

SO ORDERED this 17th day of September, 2015. In light of the foregoing, Docket # 6, Motion to Dismiss, is hereby DISMISSED AS MOOT. The Clerk of Court is hereby directed to CLOSE THIS CASE

Joseph E. Irenas S.U.S.D.